HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA ALLISON, #179741
Chief Assistant for the Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700   Fax: 916-498-5710

Attorneys for Defendant
MICHELLE RYAN CLARK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,    | ) Case No. 2:16-mj-0094-AC |
|---|---|
| Plaintiff, | ) |
|  | ) STIPULATION AND [PROPOSED] ORDER |
|  | ) TO CONTINUE STATUS OF COUNSEL AND |
| v. | ) SET FOR A STATUS CONFERENCE |
|  | ) |
| MICHELLE RYAN CLARK and | ) Date:   August 5, 2016 |
| DUC TAI LI, | ) Time:   2:00 p.m. |
|  | ) Judge:  Hon. Allison Claire |
| Defendant. | ) |

IT IS HEREBY STIPULATED between the parties through their respective counsel, Special Assistant United States Attorney R. BENJAMIN NELSON, Chief Assistant Federal Defender LINDA C. ALLISON attorney for MICHELLE RYAN CLARK and KRISTY KELLOGG attorney for defendant DUC TAI LE, that the Court vacate the status of counsel hearing set for June 10, 2016 and set a status conference hearing for August 5, 2016 at 2:00 p.m.

Counsel for the co-defendant, Duc Tai Le, is currently in trial and has recently been appointed by the court.  The parties need additional time to consult with their clients and to obtain and review and discuss the discovery with their clients and to conduct a further investigation.

/ / /

/ / /

/ / /

| | |
|---|---|
| DATED: June 8, 2016 | Respectfully submitted, |
| | HEATHER WILLIAMS<br>Federal Defender |
| | /s/Linda Allison<br>LINDA ALLISON<br>Chief Assistant to the Federal Defender<br>Attorneys for Defendant<br>MICHELLE RYAN CLARK |
| | /s/ Kristy Kellogg<br>Attorney for defendant<br>DUC TAI LI |
| Dated:  June 8, 2016 | PHILLIP A. TALBERT<br>Acting United States Attorney |
| | */s/ R. Benjamin Nelson*<br>R. BENJAMIN NELSON<br>Special Assistant United States Attorney |

**ORDER**

It is hereby ordered that the June 10, 2016 status of counsel hearing be vacated and a status conference be set for August 5, 2016, at 2:00 p.m.

Dated:  June 8, 2016

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

-2-