```
PHILLIP A. TALBERT
Acting United States Attorney
R. BENJAMIN NELSON
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2700
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:16-MJ-00094-AC |
| Plaintiff, | STIPULATION AND [~~Proposed~~] PROTECTIVE ORDER |
| v. | |
| MICHELLE RYAN CLARK and DUC TAI LE, | |
| Defendants. | |

WHEREAS, the parties desire to prevent the unauthorized disclosure or dissemination of certain sensitive but unclassified discovery materials to anyone not a party to the court proceedings in this matter, or to defendants MICHELLE RYAN CLARK and DUC TAI LE in this case as provided below;

WHEREAS, the sensitive but unclassified discovery materials at issue include information pertaining to victims or potential victims in this case, including graphic materials, personal identifying information, and identification documents such as driver's licenses, social security cards, and access device numbers such as credit card numbers;

WHEREAS, the parties agree that entry of a stipulated protective

order is appropriate, and that a private agreement is not appropriate in light of the nature of the information at issue and the charges in this case; and

WHEREAS, the defendants, MICHELLE RYAN CLARK and DUC TAI LE, have counsel ("Defense Counsel") who wish the opportunity to review the discovery;

Defendants MICHELLE RYAN CLARK and DUC TAI LE and plaintiff United States of America, by and through their undersigned counsel of record, hereby agree and stipulate as follows:

1. This Court may enter protective orders pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure, its general supervisory authority, and Local Rule 141.1.

2. This Order pertains to all discovery designated as sensitive by the United States. Sensitive material includes, but is not limited to, information pertaining to victims or potential victims in this case, including graphic materials, personal identifying information, and identification documents such as driver's licenses, social security cards, and access device numbers such as credit card numbers.

3. Defense Counsel shall not disclose any of the discovery to any person other than the defendants, or attorneys, law clerks, paralegals, secretaries, experts, and investigators, involved in the representation of their clients.  At no time shall the defendants be permitted to review the discovery outside of the presence of their attorneys, and Defense Counsel shall not leave any of the discovery with the defendants at the jail or other institution where the defendants are being held in custody.

4. The discovery and information therein may only be used in connection with the litigation of this case and for no other purpose.

The discovery is now and will forever remain the property of the United States Government.  Defense Counsel will return the discovery to the Government or certify that it has been shredded or otherwise destroyed at the conclusion of the case, unless otherwise required by law or state bar rule.

    5.   Defense Counsel will store the discovery in a secure place and will use reasonable care to ensure that it is not disclosed to third persons in violation of this agreement.

    6.   If Defense Counsel releases custody of any of the discovery, or authorized copies thereof, to any person described in paragraph (3), Defense Counsel shall provide such recipients with copies of this Order and advise that person that the discovery is the property of the United States Government, that the discovery and information therein may only be used in connection with the litigation of this case and for no other purpose, and that an unauthorized use of the discovery may constitute a violation of law and/or contempt of court.

    7.   In the event that either defendant obtains substitute counsel, undersigned Defense Counsel agree to withhold the discovery from new counsel unless and until substituted counsel agrees to be bound by this Order.

///
///
///
///
///
///
///
///

8. Defense Counsel shall be responsible for advising their clients, employees, and other members of the defense teams of the contents of this Stipulation/Order.

IT IS SO STIPULATED.

DATED: June 9, 2016					PHILLIP A. TALBERT
							Acting United States Attorney

						By:   /s/ R. Benjamin Nelson
							R. BENJAMIN NELSON
							Special Assistant U.S. Attorney

DATED: June 9, 2016

						By:   /s/ Linda C. Allison
							LINDA C. ALLISON
							Counsel for Michelle Ryan Clark
							(Approved via email on 6/9/16)

DATED: June 9, 2016

						By:   /s/ Kristy Kellogg
							KRISTY KELLOGG
							Counsel for Duc Tai Le
							(Approved via email on 6/9/16)

## ORDER

IT IS SO FOUND AND ORDERED.

Dated: June 10, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

4   U.S. V. MICHELLE RYAN CLARK ET AL.