HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA C. ALLISON, # 179741
Chief Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710

Attorney for Defendant
MICHELLE RYAN CLARK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>MICHELLE RYAN CLARK<br><br>    Defendant. | CASE No.   2:16-MJ-0094-AC<br><br>WAIVER OF DEFENDANT'S PRESENCE |

    Pursuant to Rule 43 of the Federal Rules of Criminal Procedure, defendant, MICHELLE RYAN CLARK, hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this case, including, but not limited to, when the case is set for trial, when a continuance is ordered, and when any other action is taken by the court before or after trial, specifically, appearances for any hearing regarding imposition of judgment and sentencing or modification of conditions of supervised release.

    Defendant hereby requests the Court to proceed during every absence which the Court may permit to this waiver; agrees that defendant's interests will be deemed represented at all times by the presence of the defendant's attorney, the same as if the defendant were personally

present; and further agrees to be present in court ready for trial any day and hour the Court may fix the defendant's absence.

The defendant further acknowledges being informed of the rights under Title 18 U.S.C. §§ 3161-3174 (Speedy Trial Act), and authorizes the defendant's attorney to set times and dates under that Act without the defendant's personal presence.

The original signed copy of this waiver is being preserved by the attorney undersigned.

Dated: July 14, 2016

    /s/ Michelle Ryan Clark
(Defendant)
Original retained by attorney

I agree and consent to my Client's waiver of appearance.

Dated: July 14, 2016

*/s/ Linda C. Allison*

LINDA C. ALLISON
Chief Assistant Federal Defender
Attorney for Defendant

IT IS SO ORDERED.

Dated: August 2, 2016

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

Waiver of Appearance     -2-