THOMAS A. JOHNSON, #119203
Johnson, Greene & Roberts LLP
400 Capitol Mall, Suite 1620
Sacramento, California 95814
Telephone: (916) 442-4022

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHELE RYAN CLARK<br>DUC TAI LE,<br><br>    Defendants. | Case No.: 2:16-MJ-0094-AC<br><br>STIPULATION AND [PROPOSED]<br>ORDER FOR CONTINUATION OF<br>STATUS CONFERENCE |

IT IS HEREBY STIPULATED between the parties through their respective counsel that the Court continues the status conference set for August 5, 2016 to September 26, 2016 at 9:00 a.m. Special Assistant United States Attorney, Elliot Wong, Assistant Federal Defender, Rachelle Barbour, attorney for Michelle Ryan Clark, and Kristy Kellogg, attorney for Duc Tai Le, agree to the continuance.

The continuance is being requested because the parties need additional time to consult with their clients and to obtain and review and discuss the discovery with their clients and to conduct a further investigation.

**IT IS SO STIPULATED.**

Dated: August 5, 2016                /s/ Kristy Kellogg
                                              KRISTY KELLOGG
                                              Attorney for Duc Tai Le

|   |   |
|---|---|
| | PHILLIP A. TALBERT<br>Acting United States Attorney |
| Dated: August 5, 2016 | /s/ Kristy Kellogg for<br>ELLIOT WONG<br>Special U.S. Attorney |
| | HEATHER WILLIAMS<br>Federal Defender |
| Dated: August 5, 2016 | /s/ Kristy Kellogg for<br>Rachelle Barbour<br>Assistant Federal Defender<br>Attorney for Michelle Ryan Clark |

**ORDER**

IT IS SO ORDERED.

DATE: August 5, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE