| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, SBN #122664<br>Federal Defender |
| 2 | LINDA ALLISON, SBN #179741<br>Chief Assistant Federal Defender |
| 3 | 801 I Street, 3rd Floor<br>Sacramento, CA 95814 |
| 4 | Telephone: (916) 498-5700<br>Fax: (916) 498-5710 |
| 5 | |
| 6 | Attorneys for Defendant<br>MICHELLE RYAN CLARK |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:16-mj-0094-AC |
| Plaintiff, | ) ) | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE BENCH TRIAL** |
| vs. | ) ) | |
| MICHELLE RYAN CLARK and DUC TAI LE | ) ) ) | Date: November 14, 2016<br>Time: 9:00 a.m.<br>Judge: Hon. Allison Claire |
| Defendants. | ) ) | |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, Acting United States Attorney, through Justin Lee, Assistant United States Attorney, attorney for Plaintiff, Kristy Kellogg, attorney for Duc Tai Le, and Heather Williams, Federal Defender, through Chief Assistant Federal Defender, Linda Allison, attorney for Michelle Ryan Clark, that the bench trial currently scheduled for November 14, 2016, may be continued to December 12, 2016 at 9:00 a.m.

Defense counsel requires additional time to review discovery with the defendants and continue investigating the facts of the case. Additionally, defense counsel for Ms. Clark will be

/ / /

/ / /

/ / /

Stipulation to Continue Bench Trial -1- *U.S. v. Clark, 16-mj-0094-AC*

out of the town the weekend leading up to trial and requires additional time to adequately prepare.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: October 21, 2016 /s/ Linda Allison
LINDA ALLISON
Assistant Federal Defender
Attorneys for Defendant
MICHELLE RYAN CLARK

Date: October 21, 2016 /s/ Kristy Kellogg
KRISTY KELLOGG
Attorney for Defendant
DUC TAI LE

PHILLIP A. TALBERT
Acting United States Attorney

Date: October 21, 2016 /s/ Justin Lee
JUSTIN LEE
Assistant United States Attorney
Attorneys for Plaintiff

**ORDER**

IT IS HEREBY ORDERED, the Court, having received, read and considered the parties' stipulation and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation.

The Court orders the November 14, 2016 bench trial shall be continued until December 12, 2016 at 9:00 a.m.

Dated: October 23, 2016

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE