| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, SBN #122664 |
| | Federal Defender |
| 2 | LINDA ALLISON, SBN #179741 |
| | Chief Assistant Federal Defender |
| 3 | 801 I Street, 3rd Floor |
| | Sacramento, CA 95814 |
| 4 | Telephone: (916) 498-5700 |
| | Fax: (916) 498-5710 |

Attorneys for Defendant
MICHELLE RYAN CLARK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-mj-0094-AC |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE FILING OF ANY MOTIONS, WITNESS AND EXHIBIT LISTS** |
| vs. | |
| MICHELLE RYAN CLARK and DUC TAI LE | Date: December 12, 2016 |
| | Time: 9:00 a.m. |
| Defendants. | Judge: Hon. Allison Claire |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, Acting United States Attorney, through Justin Lee, Assistant United States Attorney, attorney for Plaintiff, Kristy Kellogg, attorney for Duc Tai Le, and Heather Williams, Federal Defender, through Chief Assistant Federal Defender, Linda Allison, attorney for Michelle Ryan Clark, that any motions, witness and exhibit lists currently scheduled to be filed on November 7, 2016, now be set to be filed on December 5, 2016

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: October 25, 2016         */s/ Linda Allison*
                               LINDA ALLISON
                               Assistant Federal Defender
                               Attorneys for Defendant
                               MICHELLE RYAN CLARK

Stipulation to Continue filing of motions and witness and exhibit lists     -1-     *U.S. v. Clark, 16-mj-0094-AC*

| | |
|---|---|
| Date: October 25, 2016 | /s/ Kristy Kellogg |
| | KRISTY KELLOGG |
| | Attorney for Defendant |
| | DUC TAI LE |

PHILLIP A. TALBERT
Acting United States Attorney

| | |
|---|---|
| Date: October 25, 2016 | /s/ Justin Lee |
| | JUSTIN LEE |
| | Assistant United States Attorney |
| | Attorneys for Plaintiff |

## **ORDER**

IT IS HEREBY ORDERED that the November 7, 2016 deadline to file any motions, witness and exhibit lists be continued until December 5, 2016.

Dated: October 26, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE