KRISTY M. KELLOGG, #271250
Johnson, Greene & Roberts LLP
400 Capitol Mall, Suite 1620
Sacramento, California 95814
Telephone: (916) 442-4022

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHELLE RYAN CLARK<br>DUC TAI LE,<br><br>    Defendants. | Case No.: 2:16-MJ-0094-AC<br><br>STIPULATION AND [~~PROPOSED~~] ORDER FOR CONTINUATION OF BENCH TRIAL |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, Acting United States Attorney, through Justin Lee, Assistant United States Attorney, attorney for Plaintiff, Kristy Kellogg, attorney for Duc Tai Le, and Heather Williams, Federal Defender, through Chief Assistant Federal Defender, Linda Allison, attorney for Michelle Ryan Clark, that the bench trial currently scheduled for December 12, 2016, may be continued to December 19, 2016 at 9:00 a.m. The December 5, 2016, deadline to file any motions, witness lists and exhibit lists will be continued to December 12, 2016.

Defense counsel for Duc Tai Le is no longer available and requests a continuance. Additionally, Defense counsel requires additional time to review discovery with the defendants and continue investigating the facts of the case.

**IT IS SO STIPULATED.**

Date: November 15, 2016   /s/ *Kristy Kellogg*
               KRISTY KELLOGG
               Attorney for Defendant
               DUC TAI LE

- 1 –

| | | |
|---|---|---|
| Date: November 15, 2016 | | /s/ *Kristy Kellogg for* |
| | | LINDA ALLISON |
| | | Assistant Federal Defender |
| | | Attorneys for Defendant |
| | | MICHELLE RYAN CLARK |

PHILLIP A. TALBERT
Acting United States Attorney

Date: November 15, 2016          /s/ *Kristy Kellogg for*
                                 JUSTIN LEE
                                 Assistant United States Attorney
                                 Attorneys for Plaintiff

## **ORDER**

IT IS HEREBY ORDERED, the Court, having received, read and considered the parties' stipulation and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation.

The Court orders the December 12, 2016 bench trial shall be continued until December 19, 2016 at 9:00 a.m. The deadline to file motions, exhibit lists and witness lists will be continued to December 12, 2016.

Dated: November 15, 2016

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE