KRISTY M. KELLOGG, #271250
Johnson, Greene & Roberts LLP
400 Capitol Mall, Suite 1620
Sacramento, California 95814
Telephone: (916) 442-4022

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MICHELLE RYAN CLARK
DUC TAI LE,

    Defendants.

Case No.: 2:16-MJ-0094-AC

STIPULATION AND [PROPOSED] ORDER FOR CONTINUATION OF BENCH TRIAL

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, through Owen Roth, Assistant United States Attorney, Kristy Kellogg, attorney for Duc Tai Le, and Heather Williams, Federal Defender, through Chief Assistant Federal Defender, Linda Allison, attorney for Michelle Ryan Clark, that the bench trial currently scheduled for December 19, 2016, may be continued to February 27, 2017 at 9:00 a.m. The December 12, 2016, deadline to file any motions, witness lists and exhibit lists will be continued to February 20, 2017. The continuance is being requires because Defense counsel for Duc Tai Le needs to investigate the facts of the case and prepare for trial.

**IT IS SO STIPULATED.**

Date: December 8, 2016       /s/ *Kristy Kellogg*
                                       KRISTY KELLOGG
                                       Attorney for Defendant
                                       DUC TAI LE

| | | |
|---|---|---|
| Date: December 8, 2016 | /s/ *Kristy Kellogg for* | |
| | LINDA ALLISON | |
| | Assistant Federal Defender | |
| | Attorneys for Defendant | |
| | MICHELLE RYAN CLARK | |

PHILLIP A. TALBERT
United States Attorney

Date: December 8, 2016        /s/ *Kristy Kellogg for*
                              OWEN ROTH
                              Special United States Attorney
                              Attorneys for Plaintiff

## **ORDER**

IT IS HEREBY ORDERED, the Court, having received, read and considered the parties' stipulation and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation.

The Court orders the December 19, 2016 bench trial shall be continued until February 27, 2017 at 9:00 a.m. The deadline to file motions, exhibit lists and witness lists will be continued to February 20, 2017.

Dated: December 9, 2016

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE