1  PHILLIP A. TALBERT
   United States Attorney
2  OWEN ROTH
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:16-MJ-94 AC |
|---|---|
| Plaintiff, | STIPULATION AND ~~PROPOSED~~ ORDER TO CONTINUE TRIAL DATE |
| v. | DATE: February 27, 2017 |
| MICHELLE RYAN CLARK, | TIME: 2:00 p.m. |
| Defendant. | COURT: Hon. Allison Claire |

IT IS HEREBY STIPULATED by and between Plaintiff United States of America, by and through its attorney of record, Assistant United States Attorney Owen Roth, and Defendant Michelle Ryan Clark, by and through her counsel of record, Brittany Berzin, that the trial date may be continued from February 27, 2017 to March 6, 2017, at 9:00 a.m., and the deadline to file any motions, witness lists, and exhibit lists may be continued to February 27, 2017. The continuance is being requested because the Government's attorney of record has to attend a work-related training during the week of February 20, 2017, and because the parties are continuing to investigate the matter and prepare for trial.

Dated: February 6, 2017                    PHILLIP A. TALBERT
                                           United States Attorney


                                           /s/ OWEN ROTH
                                           OWEN ROTH
                                           Assistant United States Attorney

Dated: February 6, 2017

    /s/ BRITTANY BERZIN
BRITTANY BERZIN
Counsel for Defendant
MICHELLE RYAN CLARK

**ORDER**

IT IS HEREBY ORDERED, the Court having received, read, and considered the parties' stipulation and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. The Court orders the February 27 bench trial shall be continued until March 6, 2017, at 9:00 a.m. The deadline to file motions, exhibit lists, and witness lists will be continued to February 27, 2017.

Dated: February 15, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE