1  PHILLIP A. TALBERT
   United States Attorney
2  OWEN ROTH
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:16-mj-94 AC |
|---|---|
| Plaintiff, | [~~PROPOSED~~] ORDER |
| v. | COURT: Hon. Allison Claire |
| MICHELLE RYAN CLARK, | |
| Defendant. | |

It is hereby ordered that the proceedings in this matter are continued until March 6, 2019, absent a motion by the Government to reinstate proceedings prior to that date. The continuance is granted in light of the parties' deferred prosecution agreement, which they agreed to on March 6, 2017.

**IT IS SO ORDERED.**

Dated: March 6, 2017

_____
Hon. Allison Claire
United States Magistrate Judge

1