IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:16-MJ-0094-AC |
| Plaintiff, | ORDER DISMISSING INFORMATION |
| v. | DATE: March 6, 2019 |
| MICHELLE RYAN CLARK, | TIME: 9:00 a.m.<br>COURT: Hon. Allison Claire |
| Defendant. | |

**ORDER**

Based on the United States' Motion to Dismiss, and pursuant to Rule 48 of the Federal Rules of Criminal Procedure, it is HEREBY ORDERED that the Information is dismissed against the above-captioned defendant. The status hearing scheduled for March 6, 2019, is HEREBY VACATED.

DATED: March 5, 2019

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE